TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant U.S. Attorney
District of Nevada
Nevada Bar Number 8264
MARK J. MCDONALD
Assistant U.S. Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-5090
Email: mark.mcdonald2@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Heyward Jackson, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Health and Human Services; Centers for Medicare and Medicaid Services,<br><br>Defendants. | Case No.: 2:25-cv-02173-JCM-DJA<br><br>**STIPULATION FOR ENTRY OF ORDER SETTING STATUS REPORT SCHEDULE** |

The United States of America, by and through its undersigned counsel, and plaintiff Heyward Jackson, Jr., proceeding *pro se*, (together, the "Parties") respectfully request the Court enter the below stipulated order setting a status report schedule for the Parties to file a joint status report within 30 days describing their efforts to move this case forward and whether further judicial proceedings are necessary to resolve this case.

The Parties stipulate to the following:

a. The Parties have met and conferred by November 20, 2026;

b. The Parties agree good cause exists not to dismiss this case for want of prosecution;

c. The Parties agree to engage in good faith efforts to resolve this case without the need for further judicial proceedings;

d. The Parties shall file a joint status report within 30 days of entry of this stipulated order describing their efforts to move this case forward and whether further judicial proceedings are necessary to resolve this case; and

e. Nothing in this Stipulation waives any claim, defense, or objection of any Party.

Respectfully submitted this 20th day of November 2026.

TODD BLANCHE
Attorney General

*/s/ Mark J. McDonald*
MARK J. MCDONALD
Assistant U.S. Attorney
*Attorneys for the Federal Defendants*

*/s/ Heyward Jackson, Jr.*
HEYWARD JACKSON, JR.
*Pro Se Plaintiff*

**IT IS SO ORDERED:**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Dated: November 23, 2026